IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANNETTE CHRISTINA CHAVEZ,

        Petitioner,

v.                                                   Civ. No 5:20-cv-0562-KG-JHR
                                                       CR No. 5:19-cr-0499-KG-JHR-1

UNITED STATES OF AMERICA,

        Respondent.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte* to consider Petitioner Annette Christina Chavez' failure to respond to the Court's Order to Submit Additional Briefing [Doc. 21], and severance with the Court [*See* Doc. 24].

Following Chavez' release from custody, the Court directed the parties to brief on the issue of mootness within twenty-one (21) days of October 8, 2022. [*See* Doc. 21, p. 1]. Chavez failed to do so, and the docket reflects that a recent mailing to her was returned as undeliverable. [Doc. 24]. It appears that she severed contact without advising the Court of her new address, as required by D.N.M.LR-Civ. 83.6. Chavez must notify the Clerk of her current address within twenty-one (21) days of the entry of this Order. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure .... The same is true of simple, nonburdensome local rules….") (citations omitted).

Furthermore, Courts have inherent authority to, among other things, regulate their docket and promote judicial efficiency. *Martinez v. Internal Revenue Service,* 744 F.2d 71, 73 (10th Cir. 1984). In the interest of justice and due to the importance of the issue, the Court extends Chavez'

1

deadline to respond to the Order to Submit Additional Briefing [Doc. 21]. The Court will not further extend the deadline absent extraordinary circumstances.

**IT IS HEREBY ORDERED** that within twenty-one (21) days of entry of this Order, Chavez must (1) notify the Clerk of her current address; and (2) respond to the Court's Order to Submit Additional Briefing [Doc. 21]. Chavez is also hereby notified that failure to timely respond to this Order may result in dismissal without further notice.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE